# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>TERRI S. NIELSEN-ROGERS,<br><br>Debtor. | Case No. A07-00022-DMD<br>Chapter 13<br><br>**Filed On<br>12/12/07** |

## JUDGMENT DENYING MOTION FOR EXTENSION OF TIME FOR APPEAL

In accordance with this court's order denying motion for extension of time for appeal dated December 12, 2007, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The debtor's motion for extension of time for appeal is denied.

DATED: December 12, 2007.

                                          BY THE COURT

                                          /s/ Donald MacDonald IV
                                          DONALD MacDONALD IV
                                          United States Bankruptcy Judge

Serve:    Debtor
             W. Dawson, Esq.
             L. Compton, Trustee
             U. S. Trustee

        12/12/07